# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Lita Marie Bertuzzi,

                    Plaintiff,          Case No. 15-cv-11623

v.                                      Judith E. Levy
                                        United States District Judge
Commissioner of Social Security,

                    Defendant.          Mag. Judge Anthony P. Patti

_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [19], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14], DENYING THE SOCIAL SECURITY COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [17], AND REMANDING <u>FOR FURTHER PROCEEDINGS</u>

This is a Social Security appeal.  Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 19) recommending the Court grant plaintiff's motion for summary judgment (Dkt. 14) and deny defendant's motion for summary judgment.  (Dkt. 17.)  The parties were required to file specific written objections, if any, within fourteen days of service.  Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d).  No

objections were filed.  Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 19) is adopted in full. Plaintiff's motion for summary judgment (Dkt. 14) is GRANTED. Defendant's motion for summary judgment (Dkt. 17) is DENIED.  The case is remanded to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation.[1]

IT IS SO ORDERED.

Dated: September 7, 2016          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 7, 2016.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

2